JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| OLAF A. LUEVANO,<br><br>         Plaintiff,<br><br>    v.<br><br>WELLS FARGO, N.A. and DOES 1 TO 10,<br><br>         Defendants. | CASE NO.: 2:12-cv-07180-GAF-AJWx<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.** |

On January 3, 2013, this Court issued an Order Dismissing this action for plaintiff's failure to file an amended pleading.  Therefore, in accordance with the Court's January 3, 2012 Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.    Defendant Wells Fargo is dismissed from this action with prejudice;

2.    Judgment is entered in favor of Wells Fargo and against Plaintiff Olaf A. Luevano;

3.    Plaintiff Olaf A. Luevano shall take and recover nothing from Wells Fargo; and

4.   As the prevailing party, Wells Fargo may submit motions to tax costs and to recover reasonable attorneys' fees.

**IT IS SO ORDERED:**

DATED:   January 8, 2013

THE HON. GARY A. FEESS
UNITED SATES DISTRICT JUDGE